HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FRANCISCO PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:11-CR-00023-NONE |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| v. | |
| FRANCISCO PEREZ | |
| Defendant. | |

　　　　IT IS HEREBY STIPULATED by and between Kimberly A. Sanchez, Assistant U.S. Attorney and Jaya C. Gupta, attorney for the defendant, Francisco Perez, that the status conference hearing on a supervised release violation set for September 9, 2021 before the Honorable Erica P. Grosjean, U.S. Magistrate Judge, be continued to September 23, 2021 at 2:00 pm.  The parties request additional time to discuss the potential sentencing recommendations with U.S. Probation, and further investigation, and need additional time to do so.

//

//

//

//

The parties believe that the requested time is sufficient to be in a position to ascertain whether this case will resolve via contested hearing or admission.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 7, 2021         */s/ Jaya C. Gupta*
                                JAYA C. GUPTA
                                Assistant Federal Defender

                                Attorney for Defendant Francisco Perez

Date: September 7, 2021         */s/ Kimberly A. Sanchez*
                                KIMBERLY A. SANCHEZ
                                Assistant U.S. Attorney

**ORDER**

Pursuant to the parties' stipulation, the status conference hearing on a supervised release violation set for September 9, 2021 before the Honorable Erica P. Grosjean, U.S. Magistrate Judge, shall be continued to September 23, 2021 at 2:00 pm.

IT IS SO ORDERED.

Dated:   **September 8, 2021**           /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE