HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FRANCISCO PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO PEREZ<br><br>Defendant. | Case No. 1:11-CR-00023-NONE<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE** |
|---|---|

IT IS HEREBY STIPULATED by and between Kimberly A. Sanchez, Assistant U.S. Attorney and Jaya C. Gupta, attorney for the defendant, Francisco Perez, that the status conference hearing on a supervised release violation set for December 1, 2021 at 2:00 pm before the Honorable Barbara A. McAuliff, U.S. Magistrate Judge, be continued to January 5, 2022 at 2:00 pm.  The parties anticipate that U.S. Probation will be filing a superseding petition. In light of this, the parties request additional time to discuss the potential sentencing recommendations with U.S. Probation, and for further investigation, and need additional time to do so.

//

//

//

//

The parties believe that the requested time is sufficient to be in a position to ascertain whether this case will resolve via contested hearing or admission.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 24, 2021

*/s/ Jaya C. Gupta*
JAYA C. GUPTA
Assistant Federal Defender

Attorney for Defendant Francisco Perez

Date: November 24, 2021

*/s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **November 24, 2021**

UNITED STATES MAGISTRATE JUDGE