IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**FRANCISCO PEREZ**<br><br>　　　　　　Defendant. | CR NO: 1:11-CR-00023-JLT-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　☐ Ad Testificandum

Name of Detainee: Francisco Perez
Detained at: Fresno County Jail   JID # 1025219
Detainee is:　a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Petition
　　　　　　　　　charging detainee with: A violation of supervised release
　　　　or　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.) ☒ return to the custody of detaining facility upon termination of proceedings
　　　　or　b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 16, 2022 at 2 p.m. before the duty magistrate in the Eastern District of California.*

Signature: /s/ *Laurel J. Montoya*
Printed Name & Phone No: Laurel J. Montoya 559-286-5823
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, on March 16, 2022 at 2 PM, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Mar 15, 2022**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if　　　　　　　　　　　　　　　　　　　　　☒ Male　☐ Female
Booking or CDC #: JID 1025219　　　　　　　　　　DOB:
Facility Address: Fresno County Jail　　　　　　　　Race:
Facility Phone:　　　　　　　　　　　　　　　　　　FBI#:
Currently

## RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　(signature)