**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:11-CR-00023-JLT-SKO |
| **FRANCISCO PEREZ** | |
| Defendant. | |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: Francisco Perez
Detained at: Fresno County Jail  JID # 1025219
Detainee is:  a.) ☒ charged in this district by:  ☐ Indictment  ☐ Information  ☒ Petition
  charging detainee with: A violation of supervised release
  or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☒ return to the custody of detaining facility upon termination of proceedings
  or  b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on June 15, 2022 at 2 p.m. before the duty magistrate in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ *Laurel J. Montoya* |
| Printed Name & Phone No: | Laurel J. Montoya 559-286-5823 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, on June 15, 2022 at 2 PM, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

IT IS SO ORDERED.

Dated: **March 17, 2022**

UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male  ☐Female | |
| Booking or CDC #: | JID 1025219 | DOB: | |
| Facility Address: | Fresno County Jail | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____        _____
                                                        (signature)