1  HEATHER E. WILLIAMS (SBN 122664)
   Federal Defender
2  JAYA C. GUPTA (SBN 312138)
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   FRANCISCO PEREZ
7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:11-CR-00023-NONE

12           Plaintiff,                  **STIPULATION TO CONTINUE STATUS CONFERENCE**

13      v.

14  FRANCISCO PEREZ

15           Defendant.

16

17

18       IT IS HEREBY STIPULATED by and between Kimberly A. Sanchez, Assistant U.S.

19  Attorney and Jaya C. Gupta, attorney for the defendant, Francisco Perez, that the status

20  conference hearing on a supervised release violation set for June 15, 2022 before the Honorable

21  Erica P. Grosjean, U.S. Magistrate Judge, be continued to June 22, 2022 at 2:00 pm.  The parties

22  request additional time to discuss the potential sentencing recommendations with U.S. Probation,

23  and further investigation, and need additional time to do so.

24  //

25  //

26  //

27  //

28

The parties believe that the requested time is sufficient to be in a position to ascertain whether this case will resolve via contested hearing or admission.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 13, 2022          */s/ Jaya C. Gupta*
                             JAYA C. GUPTA
                             Assistant Federal Defender

                             Attorney for Defendant Francisco Perez

Date: June 13, 2022          */s/ Kimberly A. Sanchez*
                             KIMBERLY A. SANCHEZ
                             Assistant U.S. Attorney

**ORDER**

Pursuant to the parties' stipulation, the status conference hearing on a supervised release violation previously set for June 15, 2022 before the Honorable Erica P. Grosjean, U.S. Magistrate Judge shall be continued to June 22, 2022 at 2:00 pm before the duty magistrate judge.

IT IS SO ORDERED.

Dated:   **June 14, 2022**           /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE